4/26/05

To the United States District
Court Clerk, Peter T. Dalleo

From: Jerome B. Reed
S.B.I. 00318410
Building 23,
Tire A
Cell L-8
D.C.C.
1181 Paddock Road
Smyrna, Del 19977.

C-A No. 04-326-G.M.S.



I am writing you this little note just to ask about my Habeas Corpus and my memorandum that was filed May 21, 2004. I was hopeing you could till me something about it, D.C.C. mail mail Dont come to you like it supost to the leg le mail is like that to I have not geting any thing back on this Habeas corpus yet can you please let me know if its still filed in District court A not, I Dont know any thing. I Dont know if D.C.C. lost my Reply From the state Answering "or" the Judge Answer on my Habeas can you please look into this mater

Thank you have A good Day

P.S. can you please send
Court Dockit Sheet

V.T.Y
Jerome Reed

I/M Jerome Reed
SBI# 318410   UNIT 23, A-L-8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

[Postmark: WILMINGTON DE 198, PM 27 APR 2005]

To court clerk Peter T Dalleo
U.S. District court
844 west King Street
Wilmington Delaware
19801

Legal Mail

Case 1:04-cv-00326-GMS   Document 20   Filed 04/28/2005   Page 4 of 4