In the united state District court in and For
the District of Delaware

Jerome B. Reed
Petitioner

Vs.

Thomas ~~E.~~ Carroll ET al,
Warden
Respondent

Civil Action No. 04-CV-326 G.M.S.


FILED
JUN - 1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Notice of motion For Evidentry Hearing
To Be Added Two my HABeas corpus

Please Take notice Jerome Reed PRO-Se
Petitione moves This Honorable court ~~the~~ pursuant
of A Evidentry Hearing, in the above captioned case.

Date: May 29 2005

Jerome Reed
Jerome Reed
D.C.C.
1181 Paddock Road
Smyrna, DE 19977

I/M Jerome B. Reed
SBI# 318410    UNIT 23, A-L-8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

U.S. POSTAGE 0.37
SMYRNA DE MAY 31 '05

To District court clerk
United States District court
844 King Street
Wilmington, Delaware 19801