IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

FILED
JUN - 8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

JEROME B REED )  Civil Action No.
   Plaintiff )
 )  CA #04-326 GMS
vs. )
 )
Stanley Taylor, Commissioner, E.T. Al. )  Re. Motion for Appointment
 )  of Counsel
   Defendants )
 )  Date. 6/6/05

Motion for Appointment of Counsel

    Now comes Plaintiff JEROME B Reed Pro-Se pursuant to F.R.C. P. 28 U.S.C. 1915(D)(1988) and U.S.C. 18-100 A (G) request this court to appoint counsel, in the above action to adequately represent him in this instant action of complex and good faith reasons with prudence.

    The issues involved are extraordinary and quite complex. The plaintiff is not a lawyer and is not versed in the law, and with only a 7th grade education. Plaintiff is not knowledgeable of the law to fully understand the complete,,complex legal jargon written by lawyers of profession in this field. Furthermore, Plaintiff feels that true justice would be served in this action if a Bonafide Attorney was to be appointed to represent Plaintiff.

    The Plaintiff prays that this Honorable Court will grant this Motion for Appointment of Counsel. Attached are Memorandum of Case Laws for Appointment of Counsel.

Respectfully Yours,

*Jerome Reed*

Date, -----6-6-05

## Certificate of Service

I, _Jerome Reed_, hereby certify that I have served a true and correct cop(ies) of the attached: _Motion For Appointment of counsel_ upon the following parties/person (s):

TO: _Office of The clerk United States District clerk 844 N. King Street, Lockbox 18 Wilmington Delaware 19801_

TO: _Elizabeth Roberts McFarlan Office of The Attorney General 114 East Market Street Georgetown Delaware 19947_

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _6_ day of _June_, 2005

_Jerome Reed_

I/M Jerome Reed
SBI# 00318410    UNIT 23, A-1-8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LeSAL
MAiL

U.S. POSTAGE 0.37
SMYRNA DE JUN -7 '5

To. OFFice of The Clerk
United States District court
844 N. King Street, lockbox 18
Wilmington, DELAWARE
19801

13801+3513 12