To. Peter T. Dalleo   6/8/05

From Jerome Reed
SBI 00318410
D.C.C



CA# 04-326 GMS

I Dont have any copys of That motion I sent To The court, I sent you The originals I Dont Know what I'm Doing I'm sorry I Did not Know I had To send Elizabeth R McFarlan A copy. now I Dont have xity To send To mcFarlan hein is my certificate of Service, again I Dont Know what I'm Doing the inmate That was helping me move To Another Building so From hein on out I'm on my own, This is why I put in For A Appointment of counsel put it got Denied. again I'm sorry. please Let me Know what I got To Do now

Thank you For your Time have A good DAY

V.T.R.
Jerome Reed

# Certificate of Service

I, _Jerome B. Reed_, hereby certify that I have served a true and correct cop(ies) of the attached: _notice of motion for evidentiary Hearing_ upon the following parties/person (s):

TO: _office of the clerk_
_united states District Court_
_844 N. King Street, lockbox 18_
_Wilmington, Delaware_
_19801_

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _27_ day of _MAY_, 2005`

_Jerome Reed_

I/M Jerome B. Reed
SBI# 00318410   UNIT 23, A-L-8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. POSTAGE $0.37
SMYRNA DE JUN 2005

Legal

Office of The Clerk
To: Peter T. Dalleo
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801