OFFICE OF THE CLERK

MARCIA M. WALDRON
CLERK

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

September 7, 2005

Peter T. Dalleo, Clerk
United States District Court
for the District of Delaware
J. Caleb Boggs Federal Building
Lockbox 18
844 King Street
Wilmington, DE 19801-3570



In Re: Jerome B. Reed
    Docket No. 05-3301
    04CV 326 GMS

Dear Clerk:

    Enclosed herewith are copies of the following documents filed today in the above-entitled case:

1. Opinion of the Court

2. Certified copy of the Judgment denying the issuance of a writ of mandamus.

    Please acknowledge receipt of the above documents on the enclosed copy of this form.

Very truly yours,

MARCIA M. WALDRON, Clerk

By: Chanel R. Graham
    Case Manager
    Direct Dial: 267-299-4955

Enclosures
cc: Mr. Jerome Reed
    Elizabeth R. McFarlan, Esq.
    Honorable Gregory M. Sleet