HPS-119   (July 2005)                                    NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 05-3301

_____

IN RE:   JEROME B. REED,

Petitioner



_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of Delaware
(Related to D. Del. Civ. No. 1:04-cv-00326-GMS)

_____

Submitted Under Rule 21, Fed. R. App. P.
July 29, 2005
Before: CHIEF JUDGE SCIRICA, WEIS and GARTH, CIRCUIT JUDGES
(Filed: September 7, 2005)

_____

OPINION

_____

PER CURIAM

　　Pro se petitioner Jerome Reed seeks a writ of mandamus to compel the United

States District Court for the District of Delaware to reach an immediate decision on his

petition for a writ of habeas corpus.  Reed has also filed a motion for the appointment of

counsel and a motion to amend his mandamus petition with additional case law in support

of his underlying claim.

Reed filed his petition for a writ of habeas corpus on May 21, 2004.  The State

filed its Answer in September of 2004, and Reed replied in October.  On August 29,

2005, after Reed had filed the instant petition, the District Court issued a lengthy opinion

denying Reed's request for habeas corpus relief.  Because Reed has now received the

relief he sought in filing his mandamus petition – a ruling on his habeas corpus petition –

we will deny his mandamus petition and accompanying motions as moot.