HPS-119   (July 2005)

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 05-3301

IN RE:   JEROME B. REED,

Petitioner



On a Petition for Writ of Mandamus from the
United States District Court for the District of Delaware
(Related to D. Del. Civ. No. 1:04-cv-00326-GMS)

Submitted Under Rule 21, Fed. R. App. P.
July 29, 2005
Before:   CHIEF JUDGE SCIRICA, WEIS and GARTH, CIRCUIT JUDGES

**JUDGMENT**

This cause came on to be heard on a petition for writ of mandamus. On consideration whereof, it is now here

ORDERED AND ADJUDGED by this Court that the petition for writ of mandamus be, and the same is, denied. The motions for appointment of counsel and to amend the mandamus petition are also denied.

All of the above in accordance with the Opinion of the Court.

ATTEST:

*Marcia M. Waldron*
Clerk

DATED: September 7, 2005

Certified as a true copy and issued in lieu
of a formal mandate on 9/7/05

*Marcia M. Waldron*
Teste:
Clerk, U.S. Court of Appeals for the Third Circuit