NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT DOCKET NUMBER: 0
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT COURT DOCKET NUMBER: CV 04, 326 (GMS)

Jerome B. Reed, Pro-se.
    Petitioner

v.

Thomas Carroll, Warden,
    Respondent.

DISTRICT COURT JUDGE: GMS.

Notice is hereby given that __Jerome B. Reed, Pro-se__
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [ ] Order,

[✓] Other (specify) __Memorandum Opinion__

entered in this action on __August 26, 2005.__
(date)

DATED: __9/14/05__

FILED
SEP 1 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
(Counsel for Appellant-Signature)

_____
(Name of Counsel - Typed)

_____
(Address)

_____
(Telephone Number)

_____
(Counsel for Appellee)

_____
(Address)

_____
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.