UNITED STATES COURT OF APPEALS
FOR THE Third CIRCUIT

Jerome B. Reed,

Plaintiff - Appellee,

v.

Thomas Carroll, warden,

Defendant - Appellant.

Case No. 05-3301

Application for Certificate of Appealability



FILED
SEP 1 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## NOTICE AND INSTRUCTIONS

Your application for a certificate of appealability will be evaluated by the court using these standards:

**Certificate of Appealability.** There must be a substantial showing of the denial of a constitutional right by demonstrating that the issues raised are debatable among jurists, that a court could resolve the issues differently, or that the questions deserve further proceedings. 28 U.S.C. § 2253(c); *Lennox v. Evans*, 87 F.3d 431 (10th Cir. 1996).

**FAILURE TO SET FORTH FACTS AND ARGUMENTS SHOWING THAT YOU MEET THE APPROPRIATE STANDARD WILL SUBJECT YOUR APPEAL TO DISMISSAL WITHOUT FURTHER NOTICE.**

You may use this form to furnish a statement of the case, the issues you intend to raise on appeal, and the reasons your appeal meets the applicable standards. The form is intended to guide you in meeting the above standards. If you need more space to answer, additional pages may be attached. The information you furnish, together with the full record of the proceedings in the district court, will be the basis for this court's decision. You should bear in mind that an appeal is not a retrial, but rather a **review** of the district court's judgment and record of proceedings.

## APPLICATION

1. **Statement of the Case.** (This should be a <u>brief</u> summary of the proceedings in the district court.) In October 2001, a Delaware Superior Court convicted Reed of first degree robbery, poss. of a firearm during commission of felony, second degree kidnapping, two counts of second degree burglary, felony theft, theft from a senior, and misdemeanor criminal mischief. Reed was sentenced as an habitual offender to 66 years. State v. Reed, 2004 WL 439802, at 1 Dec.mar. 2, 2004

2. **Issues to be Raised on Appeal.** (New issues raised for the first time on appeal generally will not be considered.) Ineffective assistance of counsel: counsel did have enough time to properly investigate Reed's story, he did not conduct independent forensic testing of physical evidence, he failed to communicate with Reed prior to trial or visit Reed at prison, and he did not respond to Reeds letters, he failed to file a motion to suppress Bounds' identification of Reed, he did not make any effort to develope any mitigating factors that would have reduced his sentence, he did not locate and speak to any witness for Reed's Defense.

3. **Summary of Your Argument Showing that Your Appeal Meets the Standards Stated on Page 1.** The prosecutors conduct with the jury pool prior to trial violated Reed's sixth amendment and due process rights; there was insufficient evidence presented at trial to sustain a conviction. The victim who could not identify Reed at trial, should not have been permitted to testify. defense counsel was ineffective at every stage of the proceedings, including Reeds appeal.

4. **Do you think the district court applied the wrong law? If so, what law do you want applied?** Jury Bias, Ms. Stephanie Tsantes is a prosecutor, she is not eligible to sit as a juror in a criminal case; the "appearance of impropriety" in having the prosecutor on the same jury panel. That failure of Judge to postpone case violated 6th amendment Right to a fair trial, and order a new trial.

5. **Did the district court incorrectly decide the facts? If so, what facts?** Facts that victim mr. Cecil Bounds, never Identified Mr. Reed as the person who Robbed him, and that there were two other witness' who could provide an alibi, Counsel knew the person Andrew "Stank" Johnson, was wanted on a violation of probation, in Delaware, and would be caught, and brought to Del. and available for trial, soon.

6. **Did the district court fail to consider important grounds for relief? If so, what grounds?** Counsel for Defendant Mr. Thomas Barnett, stated that this short amount of time to prepare for Trial caused some problems with the case. And failure of trial Judge to grant Continuance, Prejudiced Reeds Right to a fair trial and effective assistance of Counsel, under 6th amendment to Constitution.

7. **Do you feel that there are any other reasons why the district court's judgment was wrong? If so, what?** The Superior Court Dismiss' one juror, who had contact with the prosecutor, the other jurors had contact with the prosecutor as well because they were all on the same Jury Panel. The defendant should have been granted an new Jury pool, and prosecutor to have a "fair trial". 6th and 14th amendments.

8. What action do you want this court to take in your case?

I want the 3rd Circuit Court of appeals, to address all my claims, because I exuasted them in my appeat at the Superior Court, and Supreme Court, Superior Court, on a Rule 61, and Supreme Court, Del on appeal no. 422, 2003.

9. Were you required to seek and exhaust administrative remedies prior to filing your claim in district court? If yes, what steps did you take to exhaust those remedies? Yes.

First appeal, no. 641, 2001, Direct appeal, Supreme Court Dover, Delaware., Case 0101023931. First Post Conviction Relief, no. 422-2003, Filed: June 4th 2003, Denied august 6th, 2003. The Honorable E. Scott Bradley - Superior Court, Georgetown Delaware. appeal to Supreme Court - Dover, Delaware, no. 422-2003. Submitted: Jan. 16th 2004 Decided: March 2nd 2004.

9/14/05
_____        _____
Date                              Jerome Reed
                                  Signature

## CERTIFICATE OF SERVICE

I hereby certify that on ___9/14/05___ I mailed a copy of
(date)
the Certificate of Appealability:

to _The Third circuit court_, at _21400 united states court House 601 market street PHiLAdelPHiA P.A. 19106-1790_, the last known address, by way of United States mail or courier.

___9/14/05___     ___Jerome Reed___
Date                          Signature

COA-1  Application for Certificate of Appealability 1/99                                    Page 5

## Certificate of Service

I, _Jerome B Reed_, hereby certify that I have served a true and correct cop(ies) of the attached: _Certificate of Appealability and Appointment of counsel, in forma pauperis_ upon the following parties/person (s):

TO: _united states court of Appeal for the Third circuit 21400 united States court House 601 market Street Philadelphia, PA 19106_

TO: _Elizabeth Roberts Deputy Attorney General 114 E. market Street Georgetown Delaware 19947_

TO: _District court clerk united State District court 844 King Street wilmington Delaware 19801_

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _14_ day of _September_, 2005

_Jerome Reed_



I/M Jerome Reed
SBI# 318410  UNIT 23,A-L-8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

To District court clerK
United State DisTrict court
844 King street
wilming Ton DELAvare
                    19801