Affidavit accompanying Motion for
Permission to Appeal In Forma Pauperis

United States District Court for the District of DELAWARE

Jerome B Reed
Petitioner

v.

Thomas Carroll, warden
Respondent

D.C. Case No. _____

Third Cir. No. 05-3301

04-326 (GMS)

**Affidavit In Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury that my answers on this form are true and correct. (28 U.S.C. § 1746, 18 U.S.C. § 1621)

Signed: Jerome Reed

**Instructions**

Complete all questions on this application and then sign it. Do not leave any blanks. If the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate piece of paper identified with your name, your case's docket number, and the question number.

Date: 9/6/05

My issues on Appeal are:

FILED
SEP 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| INCOME SOURCE | AVERAGE MONTHLY AMOUNT DURING THE PAST 12 MONTHS | AMOUNT EXPECTED NEXT MONTH |
|---|---|---|
| | You | You |
| Employment | $ N/A | $ N/A |
| Self-Employment | $ N/A | $ N/A |
| Income from real property (such as rental income) | $ N/A | $ N/A |
| Interest and Dividends | $ N/A | $ N/A |
| Gifts | $ N/A | $ N/A |
| Alimony | $ N/A | $ N/A |
| Child Support | $ N/A | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $ N/A | $ N/A |
| Unemployment payments | $ N/A | $ N/A |
| Disability (such as social security, insurance payments) | $ N/A | $ N/A |
| Public Assistance (such as welfare) | $ N/A | $ N/A |
| Other (specify): N/A | $ N/A | $ N/A |
| Total monthly income | $ N/A | $ N/A |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| _____ | N/A | _____ | _____ |
| _____ | | _____ | _____ |
| _____ | | _____ | _____ |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| _____ | N/A | _____ | _____ |
| _____ | | _____ | _____ |
| _____ | | _____ | _____ |

4. How much cash do you and your spouse have? $ _____

Below, state any money you or spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| _____ | N/A | $ _____ | $ _____ |
| _____ | | $ _____ | $ _____ |
| _____ | | $ _____ | $ _____ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement for each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle # 1 (Value) |
|---|---|---|
| N/A | N/A | Make & year: N/A |
| | | Model: N/A |
| | | Registration #: N/A |

| Motor Vehicle # 2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: N/A | N/A | N/A |
| Model: N/A | | |
| Registration #: N/A | | |

6. State every person, business or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |

4

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|---|---|---|
| Rent or Home Mortgage (Include lot rented for mobile home) Are real estate taxed included? • yes • no Is property insurance included? • yes • no | $ N/A | $ N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ N/A | $ N/A |
| Home maintenance (repairs and upkeep) | $ N/A | $ N/A |
| Food | $ N/A | $ N/A |
| Clothing | $ N/A | $ N/A |
| Laundry and dry-cleaning | $ N/A | $ N/A |
| Medical and dental expenses | $ N/A | $ N/A |
| Transportation (not including motor vehicle payments) | $ N/A | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ N/A | $ N/A |
| Insurance (not deducted from wages or included in mortgage payments) | $ N/A | $ N/A |
|   Homeowners or renters | $ N/A | $ |
|   Life | $ N/A | $ |
|   Health | $ N/A | $ N/A |
|   Motor Vehicle | $ N/A | $ |
|   Other: N/A | $ N/A | $ |
| Taxes (not deducted from wages or included in mortgage payments)(specify): N/A | $ N/A | $ N/A |

|                                                                      | You       | Your Spouse |
|----------------------------------------------------------------------|-----------|-------------|
| Installment payments                                                 | $ N/A     | $ N/A       |
| Credit Card (name): N/A                                              | $ N/A     | $ N/A       |
| Department Store (name): N/A                                         | $ N/A     | $ N/A       |
| Other: N/A                                                           | $ N/A     | $ N/A       |
| Alimony, maintenance and support paid to others                      | $ N/A     | $ N/A       |
| Regular expenses for operation of business or farm (attach detailed statement) | $ N/A | $ N/A |
| Other (specify): N/A                                                 | $ N/A     | $ N/A       |
| **Total monthly expenses:**                                          | $ N/A     | $ N/A       |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

• Yes    • No    If yes, describe on an attached sheet.

10. Have you paid N/A Or will you be paying N/A an attorney any money for services in connection with this case, including the completion of this form?

• Yes    • No    If yes, how much? $ N/A

If yes state the attorney's name, address and telephone number:

N/A

6

11. Have you paid N/A Or will you be paying N/A anyone other than attorney (such as a paralegal or typist) any money for services in connection with this case, including the completion of this form?

· Yes    · No    If yes, how much? $ N/A

If yes state the person's name, address and telephone number:

N/A

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal. I only get money from my grandmom for food and postage to mail my legal paper to the court and pay a inmate to help me with my paper work my mom send money sometimes and my sister do to.

13. State the address of your legal residence.

Jerome B. Reed
10-pleasant Street Seaford DELAWARE 19973

Your daytime telephone number: (302) 628-1590

Your age: 37    Your years of Schooling: 6

Your social security number: 154-59 6392

Rev: 3-23-99

7. Are there any other reasons why the district court's judgment was wrong? __yes__
If so, briefly state these reasons. For one I put in for appointment of counsel in the District court Three Time and I was Denied, after Tilling the court I Dont Know what I Doing I need some Legal help and that I only have A 4 or 6 grade education They Steel Denied me. plaintiff prays That This Honorable court will grant This motion for Appointment of counsel So That my Grounds for my Appeal will Be File Right way. my paper is Being mast up By all the inmate helping me file my paper work please grant me A Attorney.

8. What action do you want the Court of Appeals to take in this case?
I need Appointment of counsel I have Ben geTing Denied counsel all my Appeal, I Dont Know any Thing about Legal LAw I have so many inmate helping me with my Legal work To the court please Judge I need help from Appointment of counsel, please help me I keep pay inmate commissary for there help now That I'm out of money I cant get any help here is Another form for Appointment of counsel

_Jerome Real_
Signature

You may attach any documents filed in the district court that you think the court of appeals must see in order to decide your appeal. Please keep in mind that the entire district court record is transmitted to the court of appeals and is available for the court's review. You must attach copies of the district court docket entries, the opinion and order appealed, and the notice of appeal. Documents not admitted in the district court may not be submitted to the court of appeals without permission of the court.

**IMPORTANT: IF YOU ARE PROCEEDING PROCEEDING IN FORMA PAUPERIS, YOU MUST FILE AN ORIGINAL AND THREE (3) COPIES OF THIS BRIEF AND ANY ATTACHMENTS WITH THE CLERK. IF YOU HAVE PAID THE DOCKETING FEE, YOU MUST FILE AN ORIGINAL AND TEN (10) COPIES OF THIS BRIEF AND ANY ATTACHMENTS WITH THE CLERK. A COPY OF THIS BRIEF AND ANY ATTACHMENTS MUST ALSO BE SENT TO ALL OPPOSING PARTIES. YOU MUST CERTIFY ON THE ATTACHED PROOF OF**

SERVICE THAT A COPY OF THIS BRIEF AND ANY ATTACHMENTS WERE SENT TO ALL OPPOSING PARTIES.

# PROOF OF SERVICE

I certify that on 9/14/05 (date) I mailed a copy of this brief and all attachments via first class mail to the following parties at the addresses listed below:

D.C.C Business Office     united states District court DEL

# PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should include the following statement on all documents to be filed with this Court:

I certify that this document was given to prison officials on 9/14/05 (date) for forwarding to the Court of Appeals. I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

_Jerome Reed_
Signature

Dated: 9/14/05

O:\FORMS\Briefs-Appendix\Informal Brief Questionnaire.wpd

REV. 02/95                                    8

Case 1:04-cv-00326-GMS   Document 31   Filed 09/16/2005   Page 11 of 11



IM Jerome Reed
SBI# 318410  UNIT 23,A-L-8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

To District Court clerk
United State District Court
844 King Street
Wilmington DELAWARE 19801