

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF

DELAWARE

04-326 (GMS)

JEROME B REEd
Plaintiff

vs.

Stanley Taylor, Commissioner, E.T. Al.
Defendants

Civil Action No.
05-3301

Re. Motion for Appointment of Counsel

Date. 9/14/05 9/14/05

## Motion for Appointment of Counsel

Now comes Plaintiff JEROME B Reed Pro-Se pursuant to F.R.C. P. 28 U.S.C. 1915(D)(1988) and U.S.C. 18-100 A (G) request this court to appoint counsel, in the above action to adequately represent him in this instant action of complex and good faith reasons with prudence.

The issues involved are extraordinary and quite complex. The plaintiff is not a lawyer and is not versed in the law, and with only a 4th grade education. Plaintiff is not knowledgeable of the law to fully understand the complete,,complex legal jargon written by lawyers of profession in this field. Furthermore, Plaintiff feels that true justice would be served in this action if a Bonafide Attorney was to be appointed to represent Plaintiff.

The Plaintiff prays that this Honorable Court will grant this Motion for Appointment of Counsel. Attached are Memorandum of Case Laws for Appointment of Counsel.




Date, 9/14/05

Respectfully Yours,

Jerome B Reed

memorand of case LAW FOR appointment of counsel 7/12/05

1. 18 U.S.C. 3006 A (G)
2. 28 U.S.C. 1915 (D)
3. Almond V. Kent 459 F2d, 200, 204 4th cir. (1972)
4. Hudson V. Hardy, 412 F.2d 1091, 1095 (D.C. cir 1968)
5. Jordon V. Fityharris, 257 F. Supp. 674, 684 (N.D. Cal. 1966
6. newman V. State, 349 F. Supp. 382 (D. Conn. 1972
7. Gordon V. Lacks, 574 F.2d 1147, 1153 (4th cir 1978)
8. mc clain V. manson, 342 F. Supp. 382 (D conn 1972)
9. Christianling Ganet co, V.- E.E.O.C. 434, U.S. 412 417 (1978)

I/M Jerome Reed
SBI# 318410 UNIT 23, A-L-8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977




Legal Mail

C/o. District court clerk
united state District court
844 King street
wilmington DELAWARE
19801

U.S.M. X-RAY