9/28/05

To Judge Gregory M. Sleet

04-326

I'm sorrie for the miss understanding I thought I sent every one A Certificate of Service again I'm sorrie I'm send every one, one now, I have to Add on Deputy Elizabet R McFarlan all Document are being sent Again,

P.S. I Don't know any thing about the Law This is why I ask the courts For Appontment of counsel There was page missing from this notice of Appeal, So I'm sending them again page 3 n 4 was missing

V.T.Y

Jerome Reed

Subscribed to before me this 28th day of September, 2005

Timothy J. Maito
(Notary Public)

My Commission expires: June 14th 2006


FILED
SEP 30 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Jerome Reed
SBI# 00318410  UNIT 23,A-L-8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

To: Peter T. Balleo, Clerk
U.S. District Court
844 N. King Street,
Lockbox 19, Wilmington
Delaware 19801

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.83⁰
SEP 29 2005
02 1A
0004395355
MAILED FROM ZIP CODE 19977