To. Clerk of the court   9/28/05
peter T. Dalleo

From Jerome reed                              04-326
SBI 318410

I Just got A new Docket Sheet from you with my notice of Appeal There was .Know Entered about A Evidentiary hearing, can you Please see if I put that in with my other papers I Filed

9/28/05



V.T.Y
Jerome Reed



I/M Jerome Reed
SBI# 00318410 UNIT 23,A-L-8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL
MAIL

To: Peter T. Dalleo, Clerk
U.S. District Court
844 N. King Street,
Lockbox 19, Wilmington
Delaware 19801