United States Court of Appeals
For the Third Circuit

Jerome B. Reed,
  Appellant,

V.                                    Appeal No: 05-4339

State of Delaware
  Appellee,



## Motion For Appointment of Counsel

Comes now APPELLANT, Jerome B. Reed, Pro-se, in the above style cause, Pursuant to the following reasons that would therefore show:

1. Appellant has "no" common knowledge or perceptive knowledge of any aspect of law. (See attached Exhibit A)

2. Appellant was obtaining legal assistance from another inmate who was moved away from appellants direct access and thus no lawyer has assistance based on appellants little-access to visit the law library or to obtain or know what materials to ask for, in writing from the law library and there is "little" access to speak to a paralegal and since appellant cannot understand any degree of law, without little assistance, the MHU (medium High Unit) only has a form to fill out. (See attached Exhibit "B") "little" physical access to inmate paralegals is allowed.

\* This motion was prepared by another inmate who questioned and determined that the appellant cannot understand law or procedural aspects necessary to respond to this court.

1

Appellant submitted his appeal on September 2005.

3. The inmate who was assisting appellant was moved on September 29th, 2005. Thus, the only way, to obtain legal assistance is through the writing request only. In appellants position this amounts to a complete denial, of means to prepare, or the unjustified interference. With to prepare or submit to this court, an adequate reply, to the states legal position in the coming 30 days is unconstitutional. Since, the mix of access to, adequate assistance is "not" complete.

## MEMORANDUM OF LAW

This court has an inherent ability, to appoint counsel, in criminal appeals, were there is, an compelling reasons to justify, Appointment based on "meaningful Access" Abdul-Akbar v. Watson, 4 F. 3d 195, 203-04 (3d Cir. 1993) "Adequacy of satellite library depends on the mix of paralegal services, Copying services, and research material available." Here appellant is unknowable, and beyond the range, of comprehension or experience, understanding or acquaintance, to write out. The only means allowed (A paralegal request slip **) is unconstitutional. See Tillery v. Owens, 719 F. Supp. 1256, 1282-84 (W.D. PA 1989)" Affd. on other grounds 907 F. 2d 418 (3rd Cir. 1990)"

Pennsylvania v. Finley, 481 U.S. 551, 554 (1987)
See Exhibit "B"

2

"*Restrictive housing inmates who lacked physical access and had no assistance by legally trained persons were not provided adequate court access*"

Appellant, thus, has been, excluded from, physical access on security grounds and does not know, what materials, to ask for, is *unconstitutional Knop V. Johnson*, 977 F. 2d 996, at 1006-07; *DeMallory V. Cullen*, 855 F. 2d at 446-47; *Kaiser V. City of Sacramento*. 780 F. Supp 1309, 1316 (E.D. Cal. 1992); *Johnson V. Galli*, 596 F. Supp at *Lewis V. Casey*, 518 U.S. 343, 355 (1996).

Wherefore for the foregoing reasons herein Appellants case now presents "Exceptional circumstances" for appointment of counsel.

Date: 10/6/05

Respectfully Submitted

X *Jerome B. Reed*
Jerome B. Reed
1181 Paddock Road
Smyrna, Delaware
19977-9679

3

## AFFIDAVIT

I, Jerome B. Reed, Appellant In Appeal No.: 05-4339, 04-00326; Being first duly sworn deposes and says the foregoing statement Is true and correct.

## STATEMENT

I have only a 8th grade education and I do not know or have any common knowledge of law(s), procedures, process or legal knowledge to present even a layman terms of factual or otherwise and I "do not" have any training in law, except for staff paralegal, they can only give you the cases you ask for. They don't write anything for you and you don't know what to ask for. I'm not trained in the law. The inmate who was helping me moved on September 29th, 2005. I now have no one to assist me.

Dated: 10/6/05

x Jerome B. Reed
Jerome B. Reed
28 U.S.C. § 1746

STUDENT MULTI-REFERENCED REPORT

DELAWARE CORRECT.                                TABE 87        BATCH# 200312

REED, JEROME B.

```
                   GL       NR   NA   GE
VOCABULARY         BELOW    15   29   2.6     READING LEVEL      E5
READING COMP       BELOW    22   40   3.4     MATH LEVEL         E5
MATH COMP          BELOW    20   48   3.0     LANG/SPL LEVEL     E5
MATH C & A         BELOW    20   38   2.8
LANGUAGE MECH      BELOW     7   30   1.2
LANGUAGE EXP       GRADE    27   45   2.6
SPELLING           BELOW    13   29   2.5

TOTAL READING      BELOW    37   69   3.0
TOTAL MATH         BELOW    40   86   2.9
TOTAL LANGUAGE     BELOW    34   75   2.1
TOTAL BATTERY      BELOW   111  230   2.7

GL=GRADE LEVEL       NR=NUMBER RIGHT
NA=NUMBER ATTEMPT    GE=GRADE EQUIV


   OBJECTIVE         RIGHT   MST    % CORRECT     OBJECTIVE         RIGHT   MST    % CORRECT
                     POSS    LVL      STD                           POSS    LVL      STD

VOCABULARY                                        LANGUAGE MECH
  SYNONYMS           9/10     +        90           NOUNS,PRON,ADJ  0/5      -         0
  ANTONYMS           0/5      -         0           BEG WDS/TITLES  1/6      -        17
  HOMONYMS           3/6      -        50           PERIOD,?,!      2/6      -        33
  AFFIXES            1/4      -        25           COMMA,:,;,""    3/7      -        43
  WDS IN CONTEXT     2/5      -        40           PROOFREADING    1/6      -        17
    SUBTEST AVG                        50             SUBTEST AVG                     23

READING COMP                                      LANGUAGE EXP
  PASSAGE DETAILS    7/13     -        54           NOUNS           5/7      P        71
  CHAR ANALYSIS      2/4      -        50           PRONOUNS        6/6      +       100
  CENTRAL THOUGHT    6/7      +        86           VERBS           3/5      -        60
  INTERPRET EVENT    5/11     -        45           ADJECTIVES,ADV  6/7      +        86
  WRITING TECHNIQ    2/5      -        40           SENTENCE RECOGN 2/4      -        50
    SUBTEST AVG                        55           SENT COMBINING  4/6      P        67
                                                    TOPIC SENTENCE  1/4      -        25
MATH COMP                                           SENT SEQUENCE   0/6      -         0
  ADD WHOLE NO.      4/8      -        50             SUBTEST AVG                     60
  ADD DECIMALS       2/4      -        50
  ADD FRACTIONS      0/4      -         0         SPELLING
  SUB WHOLE NO.      4/8      -        50           VOWEL SOUNDS    5/11     -        45
  SUB DECIMALS       2/4      -        50           CONSONANT SOUND 5/10     -        50
  SUB FRACTIONS      0/4      -         0           STRUCTURAL UNIT 3/9      -        33
  MULT WHOLE NO.     8/8      +       100             SUBTEST AVG                     43
  DIV WHOLE NO.      0/8      -         0
    SUBTEST AVG                        42         TOTAL AVG                           47

MATH C & A
  NUMERATION         4/8      -        50
  NUMBER SENTENCE    5/6      +        83
  NUMBER THEORY      1/6      -        17
  PROBLEM SOLVING    5/11     -        45
  MEASUREMENT        1/5      -        20
  GEOMETRY           4/4      +       100
    SUBTEST AVG                        50

+=MASTERED                                          SBI#   00318410
P=PARTIALLY MASTERED   TEST DATE: 03/13/02          DOB    12/10/67
-=NOT MASTERED         RUN DATE:  03/13/02
```

EX-A

# Certificate of Service

I, _Jerome B. Reed_, hereby certify that I have served a true and correct cop(ies) of the attached: _Application For A Certificate of Appealability, motion For Appointment of Counsel_ upon the following parties/person (s):

TO: _Clerk_
_Marcia M. Waldron_
_United State Court of Appeals_
_For the Third Circuit_
_21400 United States Court House_
_601 Market Street_
_Philadelphia P.A. 19106-1790_

TO: _Elizabeth R. McFarlan, Esq._
_Department of Justice_
_820 North French Street_
_Carvel Office Building_
_Wilmington DEL 19801_

TO: _Clerk_
_Peter T. Dalleo_
_United District Court of DEL_
_844 King Street_
_Wilmington Delaware_
_19801_

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _6_ day of _October_, 2005

_Jerome B. Reed_