OFFICE OF THE CLERK - LEGAL DIVISION
**UNITED STATES COURT OF APPEALS**
21400 U.S. COURTHOUSE
601 MARKET ST.
PHILADELPHIA, PA 19106-1790

**MARCIA M. WALDRON**
CLERK

TELEPHONE
(215) 597-2378

September 20, 2005

Peter T. Dalleo, Clerk
U.S. District Court, District of Delaware
J. Caleb Boggs Federal Building
Lockbox 18
844 N. King Street
Wilmington, DE 19801

Re:   Reed v. Carroll
      (D. Del. Civ. No. 04-cv-00326) G MS
      UNDOCKETED IN COURT OF APPEALS

Dear Clerk:

This office has received documents from a litigant in the above-entitled case that should be construed as a notice of appeal from an order of the district court entered August 29, 2005. The documents, which are postmarked September 2, 2005, should be filed as of September 6, 2005, the date received in the Court of Appeals, pursuant to Rule 4(d), Fed. R. App. P.

These documents are being forwarded solely to protect appellant's right to appeal. If the district court has already received the same document, it should disregard the enclosed copy to prevent duplication. Thank you for your cooperation.

Very truly yours,

ELIZABETH A. CORMIER
Supervising Staff Attorney

EAC/zm
Enclosure

cc:   Jerome B. Reed, #318410
      Delaware Correctional Center
      1181 Paddock Road
      Smyrna, DE  19977

United State Court of Appeals for the Third Circuit



From: Jerome Reed
S.B.I. 00318410
D.C.C.
1181 Paddock Road
Smyrna, DE 19977

RECEIVED SEP 6 2005 U.S.C.A. 3rd

NO. 05-3301

RECEIVED SEP ? 2005 LEGAL DIVISION U.S.C.A. 3rd CIR

FILED 2005 SEP 21 PM 2:16 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

To The clerk of Appeals court

I am righting you This not To ask you somthing

① The District court answer my habaus corpus it was Dismissed on August 26, 2005.

② I Dont Know really what To Do. I Dont have any more help.

③ I Know That The Third Circuit court save me A Docket number 05-3301 Do that meins That The Third Circuit Took over my case or what? inmate Tilling me To File motion of Appeal, can you please Let me Know somthing I Dont want To Loos any more time, I'm sending A copy of my Dismissed Habaus corpus. Please Let me know somthing soon. I Dont understand how To Do Legal work The District court Dismissed the Attorne Lawyer I ask for what can I Do about This matter?

Date 9/1/05

V-T-Y
Jerome Reed

## Certificate of Service

I, _Jerome Reed_, hereby certify that I have served a true and correct cop(ies) of the attached: _one copy of Dismissed Habeas corpus and one Letter to 3rd circuit court Clerk_ upon the following parties/person (s):

TO: _U.S. Court of Appeals 3th circuit_    TO: _____
_21400 U.S. Court house_    _____
_601 market Street_    _____
_Philadelphia P.A. 19106-1790_    _____

TO: _____    TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _1st_ day of _September_, 2005

_Jerome Reed_

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JEROME B. REED, )
)
      Petitioner, )
)
v. ) Civ. A. No. 04-326-GMS
)
THOMAS CARROLL, Warden, )
)
      Respondent. )

Jerome B. Reed. *Pro se* petitioner.

Elizabeth R. McFarlan, Deputy Attorney General, Delaware Department of Justice, Wilmington, Delaware. Attorney for respondents.

**MEMORANDUM OPINION**

August 26, 2005
Wilmington, Delaware