IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEROME B. REED, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ. A. No. 04-326-GMS |
| | ) |
| THOMAS CARROLL, Warden, | ) |
| | ) |
| Respondent. | ) |

ORDER

At Wilmington this 2nd day of Nov, 2005;

IT IS ORDERED that:

Petitioner Jerome B. Reed's request to proceed *in forma pauperis* on appeal is GRANTED. (D.I. 31.) See Federal Rule of Appellate Procedure 24(a).

UNITED STATES DISTRICT JUDGE

FILED
NOV 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE