APS-101                                                              January 20, 2006

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **05-4339**

JEROME B. REED

    VS.

WARDEN THOMAS CARROLL, ET AL.

    (D. Del. Civ. No. 04-cv-00326)

Present:    SLOVITER, McKEE and FISHER, <u>CIRCUIT JUDGES</u>

    Submitted are

(1)    Appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1); and

(2)    Appellant's motion for appointment of counsel on appeal

in the above captioned case.

                          Respectfully,

                          Clerk

MMW/AJM/clw

_____O R D E R_____

    The foregoing request for a certificate of appealability is denied under 28 U.S.C. § 2253(c)(2). For largely the reasons given by the District Court, we conclude that the Appellant fails to demonstrate that jurists of reason would find the District Court's conclusions that counsel was not ineffective debatable or wrong. See <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000); <u>Strickland v. Washington</u>, 466 U.S. 668, 693-94 (1984) (explaining that prejudice must be established). Jurists of reason would also find that the District Court's resolution of the Appellant's jury bias claim was not debatable or wrong. See <u>Remmer v. United States</u>, 347 U.S. 227, 229 (1954); <u>United States v. Console</u>, 13 F.3d 641, 665-66 (3d Cir. 1993). We also conclude that reasonable jurists would not debate whether the District Court's conclusion that Appellant's remaining claims are procedurally defaulted is correct. Appellant's motion for appointment of counsel on

appeal is denied.

                                      By the Court,

                                      /s/ Dolores K. Sloviter
                                    Circuit Judge

Dated:   February 3, 2006
tyw/cc:  Mr. Jerome B. Reed
          Elizabeth R. McFarlan, Esq.

**A True Copy:**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk